# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

Clifford W. Taylor,
Chief Justice

128163

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  128163
COA:  259512
Lenawee CC:  02-010562-FC

DARREL EUGENE PICKFORD, JR.,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

Clerk

s1006